Submitted on record and appellant's brief December 30, 1977, reversed January 16, 1978

FRANK GONZALES, *Petitioner,*

*v.*

OREGON STATE PENITENTIARY, *Respondent.*

(No. 07-77-103, CA 8960)

573 P2d 1

Gary D. Babcock, Public Defender, and Robert C. Cannon, Deputy Public Defender, Salem, filed the brief for petitioner.

James A. Redden, Attorney General, Al J. Laue, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Tanzer and Joseph, Judges.

PER CURIAM.

**PER CURIAM.**

Respondent confesses error.

Reversed.